UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) No. 5:19-MJ-5052 <br> v. ) <br> ) <br> MIKHY FARRERA-BROCHEZ, ) <br> ) <br> Defendant. ) | |

### ORDER

The United States filed a Notice of Corrected Affidavit [DE 4], to correct an error in the Affidavit supporting the Complaint filed against Defendant Mikhy Farrera-Brochez. **IT IS ORDERED** that if Defendant would like a preliminary hearing based on the corrected Affidavit, he shall make such a motion by 1:00 p.m. on March 6, 2019.

Entered this 5th day of March, 2019.



Signed By:
Matthew A. Stinnett  MAS
United States Magistrate Judge